# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED DEAN PRATT,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JOHN MARSHALL, et al.,<br><br>　　　　　Respondents. | Case No. EDCV 07-395 SVW(JC)<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: April 29, 2010

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE